UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeremy Jason Torres

      v.                                                    Case No. 22-cv-93—JL-AJ

City of Manchester, NH, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 23, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: May 9, 2024

cc:  Jeremy Jason Torres, pro se
     Dona Feeney, Esq.
     David Betancourt, Esq.
     Donald Reape, Esq.