UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jeremy Jason Torres

    v.                            Case No. 22-cv-93-JL-AJ

City of Manchester, NH, et al.


ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 19, 2026.

_____
Joseph N. Laplante
United States District Judge

Date: March 30, 2026

cc:  Jeremy Jason Torres, pro se
     Counsel of Record